# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JESSE CRUZ, *et al*.,

    Plaintiffs,

v.

WABASH NATIONAL
CORPORATION,

    Defendant.

Case No. 2:12-cv-01627-LDG (CWH)

**ORDER**

For good cause shown,

THE COURT **ORDERS** that Plaintiffs' Emergency Motion for Relief from Judgment and for leave to amend complaint (#29) is GRANTED;

THE COURT FURTHER **ORDERS** that the Clerk's Judgment entered March 18, 2014, is VACATED;

THE COURT FURTHER **ORDERS** that the Clerk of the Court shall STRIKE the Bill of Costs (#28) as premature;

1   THE COURT FURTHER **ORDERS** that Plaintiffs shall file an amended complaint

2   not later than ten days after entry of this Order.  The Plaintiffs are further notified that the

3   failure to timely amend will result in judgment again being entered against the plaintiffs.

4

5   DATED this _____ day of March, 2014.

6

7   Lloyd D. George
8   United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2