1
2
3
4
5
6                          **UNITED STATES DISTRICT COURT**

7                              **DISTRICT OF NEVADA**

8
9

| | |
|---|---|
| JESSE CRUZ, an individual; MARIA CRUZ, an individual; GEOVANY MARTINEZ, and individual, | Consolidated |
| | Case No. 2:11-cv-0342-LDG-VCF (base file) |
| Plaintiffs, | |
| v. | Case No. 2:12-cv-0051-LDG-VCF |
| | Case No. 2:12-cv-1627-LDG-VCF |
| DANNY DURBIN, an individual; CHAMPION TRANSPORTATION SERVICES, INC., a foreign corporation; CHAMPION LOGISTICS GROUP, INC., a foreign corporation; DOES I through XX, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive; | **ORDER** |
| Defendants. | |
| LEXINGTON INSURANCE COMPANY, as subrogee for Champion Transportation Services, Inc., | |
| Counter-Claimant-in-Intervention, | |
| v. | |
| JESSE CRUZ, an individual, | |
| Counter-defendant-in-Intervention. | |

1   KAREN J. WILSON, individually and as
    Independent Administrator of the ESTATE of
2   LARRY A. WILSON, a deceased person,

3            Plaintiffs,

4   v.

5   JESSE R. CRUZ, individually and as Agent of
    CLEM-TRANS, INC., a foreign corporation;
6   JOSE CASTRO; CLEM-TRANS, INC., a
    foreign corporation, U.S. EXPRESS
7   ENTERPRISES, INC., a Nevada corporation;
    A.P. EXPRESS, L.L.C., a foreign limited
8   liability company; A.P. EXPRESS
    WORLDWIDE, L.L.C., a foreign limited
9   liability company, DOES INDIVIDUALS I-X
    and ROES CORPORATIONS, LIMITED
10  LIABILITY COMPANIES, and OTHER
    CORPORATE ENTITIES XI-XX, inclusive;
11
             Defendants.
12  _____

13  JESSE CRUZ, an individual; MARIA CRUZ,
    an individual; GEOVANY MARTINEZ, an
14  individual;

15           Plaintiffs,

16  v.

17  WABASH NATIONAL CORPORATION;
    DOES I through XX, INCLUSIVE; and ROE
18  BUSINESS ENTITIES I through XX;

19           Defendants.

20

21      It has come to the court's attention that the motion to intervene (#37), the motion to

22  dismiss (#40), and the motion to compel and for discovery sanctions (#44) in Case No. 2:12-cv-

23  1627-LDG-VCF have not been filed in Case No. 11-cv-0342-LDG-VCF (base file) in accordance

24  with the consolidation order (#24).  Therefore,

25

26
                                            2

THE COURT HEREBY ORDERS that within twenty days of the filing of this order the above-identified motions and related briefs of the parties shall be re-filed in the base file.  If any other party wishes to respond to said filings, they should so move the court.

Dated this ____ day of September, 2014.

_____
Lloyd D. George
United States District Judge