PAT LUNDVALL (NSBN 3761)
CRAIG A. NEWBY (NSBN 8591)
McDONALD CARANO WILSON LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV  89102
Telephone:     702.873.4100
Facsimile:      702.873.9966
lundvall@mcdonaldcarano.com
cnewby@mcdonaldcarano.com

BRIAN M. JOHNSON (*pro hac vice*)
DICKINSON WRIGHT PLLC
300 West Vine Street, Suite 1700
Lexington, KY  40507
Telephone:     859.899.8704
Facsimile:      844.670.6009
bjohnson@dickinsonwright.com

*Attorneys for Defendant Wabash National Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JESSE CRUZ, et al.,<br><br>         Plaintiffs,<br><br>vs.<br><br>DANNY DURBIN, et al.,<br><br>         Defendants. | Case No.:    2:11-cv-00342-GMN-VCF<br><br>CONSOLIDATED WITH:<br>Case Nos.: 2:12-cv-00051-GMN-VCF<br>                  2:12-cv-01627-JAD-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, Defendant Wabash National Corporation, and Imperium Insurance, the Plaintiff in Intervention, by and through their respective attorneys of record, that all claims against Wabash National Corporation be dismissed with prejudice, with all parties to bear their own costs and fees.

Dated this 16th day of November, 2016.

| McDONALD CARANO WILSON LLP<br><br>/s/ Craig A. Newby<br>PAT LUNDVALL, ESQ. (#3761)<br>CRAIG A. NEWBY, ESQ. (#8591)<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br><br>BRIAN M. JOHNSON (admitted *pro hac vice*)<br>DICKINSON WRIGHT PLLC<br>300 W. Vine Street<br>Suite 1700<br>Lexington, KY 40507<br>*Attorneys for Wabash National Corporation* | ROSENGARTEN & ASSOCIATES<br><br>/s/ Ronald D. Rosengarten<br>RONALD D. ROSENGARTEN (admitted *pro hac vice*)<br>23801 Calabasas Road, Suite 1015<br>Calabasas, CA 91302<br><br>BRIAN E. HOLTHUS, ESQ.<br>Nevada Bar No.: 002720<br>Jolly Urga Wirth Woodbury & Standish<br>3800 Howard Hughes Parkway, 16111 Fl.<br>Las Vegas, NV 89169<br>*Attorneys for Imperium Insurance* |
|---|---|
| LADAH LAW FIRM<br><br>/s/ Ramzy Paul Ladah<br>RAMZY PAUL LADAH, ESQ. (#11405)<br>7517 S. Third Street<br>Las Vegas, Nevada 89101<br><br>PATRICK McKNIGHT, ESQ. (#4120)<br>7473 W. Lake Mead Blvd., Ste. 100<br>Las Vegas, Nevada 89129<br>*Attorneys for Plaintiffs* | |

## ORDER

IT IS SO ORDERED this 17 day of November, 2016.

U.S. DISTRICT COURT JUDGE

LLOYD D. GEORGE

LEXINGTON 63901-6 44572v1